**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ANGELA DUARTE,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-70934

Agency No. A070-925-238

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:     FARRIS, O'SCANNLAIN, and BYBEE, Circuit Judges.

Angela Duarte, a native and citizen of Guatemala, petitions for review of the

Board of Immigration Appeals' ("BIA") order sustaining the government's appeal

from an immigration judge's ("IJ") decision granting her application for

cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

review de novo questions of law. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

Contrary to Duarte's contention, the BIA properly reviewed the IJ's hardship determination de novo. *See* 8 C.F.R. § 1003.1(d)(3)(ii). It follows that Duarte's due process claim fails. *See Lata v. INS*, 204 F.3d 1241, 1261 (9th Cir. 2000) (requiring error for a petitioner to prevail on a due process claim).

We lack jurisdiction to review the BIA's discretionary determination that Duarte failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**